No. 1545, Misc.  GUTIERREZ *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Ventura.  Certiorari denied.

No. 1567, Misc.  HOCK *v.* NEW JERSEY.  Sup. Ct. N. J. Certiorari denied.

No. 1572, Misc.  STACK *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 1592, Misc.  WILSON *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 1693, Misc.  BAKER *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 1829, Misc.  STOUT *v.* OHIO.  Sup. Ct. Ohio. Certiorari denied.

No. 1955, Misc.  BELL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 1971, Misc.  CALDERA ET AL. *v.* MITCHELL, ATTORNEY GENERAL, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 1981, Misc.  SZIJARTO *v.* NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 2010, Misc.  RICHBURG *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 2015, Misc.  JOHNSON *v.* BETO, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 2016, Misc.  COX *v.* WINGO.  C. A. 6th Cir.  Certiorari denied.

No. 2020, Misc.  CRAGG *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.